IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE ATKINSON,<br>        **Plaintiff,**<br><br>v.<br><br>LUITPOLD PHARMACEUTICALS, INC., AMERICAN REGENT, INC., DAIICHI SANKYO, INC., DAIICHI SANKYO CO., LTD, AND VIFOR PHARMACEUTICALS MANAGEMENT LTD ,<br>        **Defendants.** | CIVIL ACTION<br><br><br>NO. 19-277 |

## O R D E R

**AND NOW**, this 23rd day of March, 2020, upon consideration of Defendants American Regent, Inc., Daiichi Sankyo, Inc., and Daiichi Sankyo US Holdings, Inc.'s Motion to Dismiss for Failure to State a Claim and briefing in support thereof (ECF Nos. 64 & 91), and Plaintiff's response thereto (ECF No. 88), **IT IS HEREBY ORDERED** that the Motions to Dismiss are **GRANTED** as follows:

1. Defendants' Motions to Dismiss Count I (negligence) and Count XI (gross negligence) are **GRANTED**. Counts I and XI are **DISMISSED WITHOUT PREJUDICE** to asserting a theory of failure to test.

2. Count III (negligent design defect), Count IV (negligent misrepresentation), Count VIII (breach of express warranty), Count IX (breach of implied warranty), and Count X (breach of consumer protection laws) are **DISMISSED WITH PREJUDICE** upon Plaintiff's representation that she is no longer pursuing these claims.

3. Defendants' Motions to Dismiss Count II (negligent failure-to-warn), Count V (fraud), Count VI (strict liability failure-to-warn), and Count VII (strict liability defective

design) are **GRANTED**. Counts II, V, VI, and VII are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to amend is **HEREBY GRANTED**. Plaintiff shall amend her Complaint **on or before April 23, 2020**. The Amended Complaint shall not include any claims that have been dismissed with prejudice.

**BY THE COURT:**

/s/Wendy Beetlestone, J

**WENDY BEETLESTONE, J.**