IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELANIE ATKINSON,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **LUITPOLD PHARMACEUTICALS, INC.,** et al.,<br>　　　　**Defendants.** | **NO. 19-0277** |

### O R D E R

**AND NOW**, this 6th day of August, 2020, upon consideration of Defendants American Regent, Inc., Daiichii Sankyo, Inc. and Daiichi Sankyo U.S. Holdings, Inc.'s Motion to Dismiss and briefing in support thereof (ECF Nos. 103 & 110), and Plaintiff's response thereto (ECF No. 108), **IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**